**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES MILLER,**

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:11-cv-1337-Orl-22DAB**

**CITIMORTGAGE, INC.,**
**and NATIONSTAR MORTGAGE,**

        **Defendants.**

_____

**ORDER**

Upon the Court's review of this case, it is ORDERED that the following discovery documents are STRICKEN: Defendant Nationstar Mortgage's Notice of Service (notifying all parties of service of Nationstar's response to Plaintiff's requests for admissions and interrogatories) (Doc. No. 86), filed on October 9, 2012, and Defendant Nationstar Mortgage's Notice of Serving Documents in Response to the Plaintiff, Charles Miller['s], First Request for Production (Doc. No. 87), filed on October 10, 2012. Pursuant to Fed. R. Civ. P. 5(d), such discovery documents are not to be filed in federal court. The Court notes that this is the third time the Court has had to strike discovery documents filed by Defendant Nationstar Mortgage because they violated Rule 5(d). (*See* Doc. Nos. 71, 72 ). Additionally, counsel for Nationstar has failed to comply with the rules of this Court in multiple other instances. (*See* Doc. No. 15, 55, 82). Nationstar's counsel is warned that his conduct is falling below the level of practice expected of attorneys appearing before this Court. The Court expects scrupulous adherence to Court rules and orders in Nationstar's future filings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 10, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge

ANNE C. CONWAY
United States District Judge